■ PHILIP HANDELMAN v. M. E. OLEN et al.— Motion for a stay dismissed, having become academic by virtue of the decision of this court in *Handelman v. Olen* (11 A D 2d 987). Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between BEZOZI, INC., Appellant, and BABY BONNET WORKERS UNION, Local 110, Respondent.— Order, entered June 29, 1960, denying petitioner's motion for a stay of arbitration, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Motion for a stay dismissed, having become academic by virtue of the decision of this court herein. The stay contained in the order to show cause, dated July 13, 1960, is vacated. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between ASSOCIATED METALS & MINERALS CORPORATION, Appellant, and KEMIKALIJA, Respondent.— Order, entered February 29, 1960, denying petitioner-appellant's motion to stay arbitration, unanimously affirmed, with $20 costs and disbursements to the respondent. The refusal of the buyer to make payment for the balance due on goods sold and delivered was a sufficient dispute authorizing arbitration within the provisions of the broad arbitration clause contained in the contract of sale. To the extent that *Matter of Webster* v. *Van Allen* (217 App. Div. 219 [4th Dept.]) seems to point to the contrary, the reasoning and conclusion in that case are not found persuasive. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ. [23 Misc 2d 98.]

■ In the Matter of the Arbitration between ARTHUR MURRAY, INC., Appellant, and JOSEPH H. RICCIARDI, Respondent.— Order, entered May 19, 1960, denying petitioner's motion for an order staying the arbitration proceedings instituted by respondent, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ TALLER & COOPER, INC., Respondent, v. ELECTRONIC SIGNAL COMPANY, INC., Appellant, et al., Defendants.— Order, entered June 22, 1960, granting plaintiff's motion, pursuant to section 324 of the Civil Practice Act, for a discovery and inspection of certain plans and drawings, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Motion for a stay dismissed, having become academic by virtue of the decision of this court herein. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ RALPH INSINGA, Plaintiff, v. ELLA LINGENFELSER, Appellant, and YORKOFF TRUCKING Co., Respondent, et al., Defendants.— Order, entered May 26, 1960, denying defendant-appellant's motion for an examination before trial of defendant-respondent, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal from order, entered June 14, 1960, denying defendant-appellant's motion to reargue the original motion requesting an examination before trial of defendant-respondent, unanimously dismissed. No opinion. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.